# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW TACKETT, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA PLUMBING CONTRACTOR )<br>LLC, et al., )<br>)<br>  Defendants. ) | Case No.: 2:19-cv-02005-JHE |

## FINAL ORDER[1]

In accordance with the Memorandum Opinion entered contemporaneously herewith, the parties' settlement is **APPROVED**. Premised on the agreed-upon settlement, this matter is **DISMISSED WITH PREJUDICE**, and costs are taxed as paid, except as otherwise set forth in the settlement agreement. The court retains jurisdiction to enforce the terms of the settlement agreement.

DONE this 18th day of December, 2019.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment.  (Doc. 7).